# Court of Appeals
# of the State of Georgia

ATLANTA, March 28, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0296. ANTONIO D. JONES SR. v. THE STATE.**

On January 26, 2018, we granted Antonio D. Jones, Sr.'s application for discretionary appeal from the trial court's order denying his "Motion for an Out of Time Appeal." Our order required Jones to file a notice of appeal in the trial court within ten days of its entry. See OCGA § 5-6-35 (g). On February 12, 2018, Jones filed a "Notice of Written Objection" asking this Court to vacate its order. Jones argues that he was unable to comply with our order because it was not sent until four days after it was entered. As an exhibit, Jones attached a copy of the envelope that included the January 26, 2018 order which shows that the envelope was stamped with postage on January 30, 2018 (four days after this Court entered the order).

Accordingly, this Court VACATES its January 26, 2018 order and RE-ENTERS that order GRANTING Jones's application for discretionary appeal under OCGA § 5-6-35 (j). See generally *Western Electric Co. v. Capes*, 164 Ga. App. 353, 354 (1) (296 SE2d 381) (1982) (denying appellee's motion to dismiss appeal where Court vacated and re-entered an order granting an application for interlocutory appeal because clerk of court sent the original order to wrong address and notice of appeal

was filed within ten days of the re-entered order). He shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a notice of appeal, he need not file a second notice.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/28/2018__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*